IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**SCOOTER L. ROBINSON, #L1529**                                           **PETITIONER**

v.                                                                  **CAUSE NO. 1:15CV83 LG-RHW**

**JUDGES AND JUSTICES OF THE
STATE OF MISSISSIPPI, ET AL.**                                       **RESPONDENTS**

CERTIFICATE OF APPEALABILITY

      A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court pursuant to 28 U.S.C. § 2254 or the detention arises out of a judgment and conviction in federal court which is being challenged pursuant to 28 U.S.C. § 2255, the court, considering the record in the case and the requirements of 28 U.S.C. § 2253 and Rule 22(b) of the Federal Rules of Appellate Procedure, hereby finds that:

Part A
___ A certificate of appealability should issue. (See reasons below.)

_X_ A certificate of appealability should not issue. (See reasons below.)

Part B
_X_ The party appealing is a pauper.

___ The party appealing is not a pauper. (See reasons below.)

REASONS:

The Petitioner has not made a "substantial showing of the denial of a constitutional right." *See* 28 U.S.C. § 2253(c)(2); *Elizalde v. Dretke,* 362 F.3d 323, 328 (5th Cir. 2004). The Petitioner has not presented a claim for which habeas corpus relief may be awarded. *See* this Court's order adopting the Report and Recommendation of the United States Magistrate Judge and the Report and Recommendation.

Date: April 27, 2017          s/*Louis Guirola, Jr.*
                                     Louis Guirola, Jr.
                                     United States District Judge